```
SODW
GARY P. SINKELDAM, ESQ.
Nevada Bar No. 6500
AMY R. LANCASTER, ESQ.
Nevada Bar No. 9608
ANAIS M. CACCAMO, ESQ.
Nevada Bar No. 13083
LAW OFFICES OF GARY P. SINKELDAM APC
8540 S. Eastern Ave., Suite 180
Las Vegas, NV 89123
Telephone:  (702) 866-0089
Facsimile:  (702) 866-0093

Attorneys for Defendants AHARON ASHKENAZI, SDI TECHNOLOGIES,
INC. and ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC d/b/a
ENTERPRISE RENT-A-CAR
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENA FOLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>AHRON ASHKENAZI, an individual; SDI TECHNOLOGIES, INC., a foreign corporation; ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC d/b/a ENTERPRISE RENT-A-CAR, a foreign limited liability company; DOES I-X, inclusive; and ROE CORPORATIONS XI-XX, inclusive,<br><br>    Defendant(s). | CASE NO.  19-CV1829<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC d/b/a ENTERPRISE RENT-A-CAR ONLY WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED** by the parties hereto that ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC d/b/a ENTERPRISE RENT-A-CAR be dismissed as a party in the above-entitled matter without prejudice, with each party to bear its own costs and attorneys' fees.

///

///

-1-

| | |
|---|---|
| IT IS SO STIPULATED. | |
| DATED: March __, 2020 | DATED: April 7, 2020 |
| BERNSTEIN & ASSOCIATES | LAW OFFICES OF GARY P. SINKELDAM APC |
| By: /s/ Brian Lunt<br>BRIAN LUNT, ESQ.<br>Attorney for Plaintiff<br>JENA FOLEY | By: /s/ Gary P. Sinkeldam<br>GARY P. SINKELDAM, ESQ.<br>AMY R. LANCASTER, ESQ.<br>ANAIS M. CACCAMO, ESQ.<br>Attorneys for Defendants AHARON ASHKENAZI and SDI TECHNOLOGIES, INC., ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC d/b/a ENTERPRISE RENT-A-CAR |

### ORDER OF DISMISSAL

Upon Stipulation of the parties hereto in the above-entitled action, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC. d/b/a ENTERPRISE RENT-A-CAR be dismissed as a party in the above-entitled matter without prejudice, with each party to bear its own costs and attorneys' fees.

**DATED** this 8th day of April, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

**LAW OFFICES OF GARY P. SINKELDAM APC**

/s/ Amy R. Lancaster
_____
Amy R. Lancaster, Esq.
Nevada Bar No. 9608
Attorney for Defendants
AHARON ASHKENAZI, SDI TECHNOLOGIES, INC.
and ENTERPRISE RENT-A-CAR COMPANY OF
LOS ANGELES, LLC d/b/a ENTERPRISE RENT-A-CAR