GARY P. SINKELDAM
Nevada Bar No. 6500
AMY R. LANCASTER
Nevada Bar No. 9608
ANAIS M. CACCAMO
Nevada Bar No. 13083
8540 S. Eastern Avenue, Suite 180
Las Vegas, Nevada 89123
Tel (702) 866-0089
Fax (702) 866-0093

Attorneys for Defendants SDI Technologies, Inc. and Aharon Ashkenazi

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| JENA FOLEY, | CASE NO.: 2:19-cv-01829-RFB-DJA |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AHARON ASHKENAZI, an individual; SDI TECHNOLOGIES INC., a foreign corporation; ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC dba ENTERPRISE RENT-A-CAR, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff JENA FOLEY and Defendants AHARON ASHKENAZI and SDI TECHNOLOGIES, INC. that the entire action brought by Plaintiff JENA FOLEY against Defendants AHARON ASHKENAZI and SDI TECHNOLOGIES, INC., shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

///

///

///

1

**IT IS SO STIPULATED.**

Dated this 2nd day of October, 2020    Dated this 5th day of ~~October~~ November, 2020

EDWARD M. BERNSTEIN & ASSOCIATES    LAW OFFICES OF GARY P. SINKELDAM, APC

By: _____    By: /s/ Amy R. Lancaster
Brian E. Lunt, Esq.    Amy R. Lancaster, Esq.
Attorney for Plaintiff JENA FOLEY    Attorney for Defendants

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 6th day of November, 2020.